Joseph M. CHERRY, II, Petitioner–Appellant,

v.

Warden Terry O'BRIEN, Respondent–Appellee,

and

USP Hazelton, Respondent.

No. 13–7161.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2013.

Decided: Oct. 21, 2013.

Cherry, II, Appellant Pro Se. Helen Campbell Jarod James Douglas, Assistant United States Wheeling, West Virginia, for Appellee.

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph M. Cherry, II, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2013) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. *Cherry v. O'Brien*, No. 3:13–cv–1, 2013 WL 3152362 (N.D.W.Va. June 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*